UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TAMBRA MIRANDA (OBO EDWARD F. CONTRERAS),<br><br>Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Civil No. 3:19-CV-05881-MLP<br><br><br>ORDER OF REMAND |

Based on the stipulation between the parties it is hereby ORDERED that the above-captioned case be reversed and remanded for further administrative proceedings including a *de novo* hearing pursuant to sentence four of 42 U.S.C. § 405(g). The administrative law judge (ALJ) will issue a new decision after a de novo review. Upon remand, the Appeals Council will first determine whether the record supports a finding of disability. If the case requires further development, the Appeals Council will remand the case to an ALJ and instruct them to:

- obtain evidence from a medical expert to clarify whether the severity of Plaintiff's impairments met or medically equaled the criteria of a listed impairment;

- further evaluate the opinion evidence as a whole;

- further evaluate Plaintiff's residual functional capacity;

Page 1    ORDER OF REMAND - [3:19-CV-05881-MLP]

- seek supplemental vocational expert evidence, if necessary, on whether Plaintiff could have performed work with his assessed limitations; and
- if a favorable decision cannot be granted on the record, give Plaintiff an opportunity for a new hearing.

The parties agree that reasonable attorney fees will be awarded under the Equal Access to Justice Act, 28 U.S.C. § 2412, upon proper request to the Court.

DATED this 16th day of April, 2020.

MICHELLE L. PETERSON
United States Magistrate Judge

Presented by:

s/ L. Jamala Edwards
L. JAMALA EDWARDS
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone: (206) 615-2732
Fax: (206) 615-2531
jamala.edwards@ssa.gov

Page 2      ORDER OF REMAND - [3:19-CV-05881-MLP]